## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

In re:	Case No. 20-10060-RAM
	Chapter 13

ROSA MARIA VILLAMAN,

     Debtor
_____/

### DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11, SUBCHAPTER V-SMALL BUSINESS DEBTOR REORGANIZATION

COMES NOW, Debtor ROSA MARIA VILLAMAN, by and through undersigned counsel, and files, this Motion to Convert Chapter 13 Case to a Chapter 11 Case, Subchapter V-Small Business Debtor Reorganization, and in support thereof states as follows:

1. Debtor filed a pro se Voluntary Chapter 13 Petition under the Bankruptcy Code on January 3, 2020;

2. Thereafter the Debtor filed all required documents including a Chapter 13 Plan;

3. Unfortunately the Debtor failed to pay the installment of filing fees, and the case was dismissed. Debtor has filed a motion to vacate the dismissal and reinstate the case;

4. Debtor, clearly qualifies to convert her case to a Chapter 11, Subchapter V case as she is within the jurisdictional amounts, and there are several benefits of Subchapter V that are available to the Debtor;

5. Debtor has an investment property that is rented, earning sufficient income, and is better suited to be valued and re-amortized through a Chapter 11, Subchapter V case;

6. It is therefore appropriate to allow the Debtor to convert her case.

WHEREFORE, Debtor ROSA MARIA VILLAMAN, respectfully requests this Honorable Court to allow the Debtor to Convert this Case to a Chapter 11 case, Subchapter V case, and for any

other relief that is just and proper under the circumstances.

Respectfully submitted on this **16th** day of March, 2020.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

> **D&S LAW GROUP, P.A.**
> 8751 W. Broward Boulevard
> Suite 301
> Plantation, Florida 33324
> (954) 358-5911 (Telephone)
> (954) 357-2267 (Facsimile)
> www.DsouzaLegal.com
> Email: dtdlaw@aol.com
>
> By: **/s/ Elias Leonard Dsouza**
> Elias Leonard Dsouza, Esq.
> Florida Bar No. 399477

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Motion to Convert Chapter 13 case to a Chapter 11, Subchapter V case, was served on this 16th day of March, 2020, by **ECF only to all parties registered on the ECF system, and by U.S. Mail on all others on the attached Creditor's Matrix.**

> **D&S LAW GROUP, P.A.**
> 8751 W. Broward Boulevard
> Suite 301
> Plantation, Florida 33324
> (954) 358-5911 (Telephone)
> (954) 357-2267 (facsimile)
> www.DsouzaLegal.com
> Email: dtdlaw@aol.com
>
> By: **/s/ Elias Leonard Dsouza**
> Elias Leonard Dsouza, Esq.
> Florida Bar No. 399477

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-10060-RAM<br>Southern District of Florida<br>Miami<br>Mon Feb  3 08:28:34 EST 2020 | Caliber Home Loans<br>Attn: Cash Operations<br>Po Box 24330<br>Oklahoma City, OK 73124-0330 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Credit Control Corporation<br>Attn: Bankruptcy<br>Po Box 120568<br>Newport News, VA 23612-0568 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | US Bank Trust, NA<br>C/O Robertson Anchutz & Schneid, PL<br>6409 Congress Ave, Suite 100<br>Boca Raton, FL 33487-2853 | Verizon<br>Verizon Wireless Bk Admin<br>500 Technology Dr Ste 550<br>Weldon Springs, MO 63304-2225 |
| Gabriel Gonzalez<br>9000 Sheridan St # 95<br>Hollywood, FL 33024-8805 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Rosa Maria Villaman<br>2750 NW 169 Terr<br>Miami Gardens, FL 33056-4435 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S.Bank Trust, N.A. | (u)Miami | End of Label Matrix<br>Mailable recipients    11<br>Bypassed recipients     2<br>Total                  13 |