UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                                      Case No. 20-10060-RAM
                                                                            Chapter 13

ROSA MARIA VILLAMAN,

    Debtor
_____/

### DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11
### [Debtor has already paid the fees for Conversion on 3/16/2020]

COMES NOW, Debtor ROSA MARIA VILLAMAN, by and through undersigned counsel, and files, this Motion to Convert Chapter 13 Case to a Chapter 11 Case, and in support thereof states as follows:

1. Debtor filed a pro se Voluntary Chapter 13 Petition under the Bankruptcy Code on January 3, 2020;

2. Thereafter the Debtor filed all required documents including a Chapter 13 Plan;

3. Unfortunately the Debtor failed to pay the installment of filing fees, and the case was dismissed. The case was reinstated on April 8, 2020;

4. Debtor desires to convert her case to a Chapter 11 case in order to reorganize an investment property;

5. Debtor's investment property is rented, earning sufficient income, and is better suited to be valued and re-amortized through a Chapter 11 case;

6. It is therefore appropriate to allow the Debtor to convert her case.

WHEREFORE, Debtor ROSA MARIA VILLAMAN, respectfully requests this Honorable Court to allow the Debtor to Convert this Case to a Chapter 11 case, and for any other relief that is just and proper under the circumstances.

Respectfully submitted on this **16**[th] day of April, 2020.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

> **D&S LAW GROUP, P.A.**
> 8751 W. Broward Boulevard
> Suite 301
> Plantation, Florida 33324
> (954) 358-5911 (Telephone)
> (954) 357-2267 (Facsimile)
> www.DsouzaLegal.com
> Email: dtdlaw@aol.com
>
> By: **/s/ Elias Leonard Dsouza**
> Elias Leonard Dsouza, Esq.
> Florida Bar No. 399477

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Motion to Convert Chapter 13 case to a Chapter 11, was served on this **16**[th] day of April, 2020, by **ECF only to all parties registered on the ECF system, and by U.S. Mail on all others on the attached Creditor's Matrix.**

> **D&S LAW GROUP, P.A.**
> 8751 W. Broward Boulevard
> Suite 301
> Plantation, Florida 33324
> (954) 358-5911 (Telephone)
> (954) 357-2267 (facsimile)
> www.DsouzaLegal.com
> Email: dtdlaw@aol.com
>
> By: **/s/ Elias Leonard Dsouza**
> Elias Leonard Dsouza, Esq.
> Florida Bar No. 399477