UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**ROSA MARIA VILLAMAN,**

    Debtor.

_____/

Chapter 11
Case No.: 1:20-bk-10060-RAM

**STIPULATION TO TREATMENT OF CLASS I OF
DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION [D.E. 133]**

THE PARTIES HERETO, SN SERVICING CORPORATION AS SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MATER PARTICIPATION TRUST, hereinafter referred to as "Secured Creditor" through her attorney, and Rosa Maria Villaman, hereinafter referred to as "Debtor," through its undersigned attorney hereby enter into this Stipulation to resolve the issues raised in the Secured Creditor's Objection to Confirmation of Debtor's Proposed Chapter 11 Plan and Disclosure Statement [D.E. 124]. Wherein the parties stipulate as follows:

1. The treatment of the allowed secured claim held by Secured Creditor on real property located at 2750 NW 169 Terr, Miami Gardens, FL 33056 in Class 1 of the Debtor's Second Amended Plan Of Reorganization [D.E. 133] (the "Plan") shall be modified as follows:

   a. Secured Creditor's Claim shall have a secured claim in the amount of $279,000.00 and repaid at 4.75% over 30 years, the claim shall continue to be escrowed for property insurance. Secured Creditor shall have an unsecured claim in the amount of $35,274.44. Therefore, in addition to the monthly P&I payment of $1,455.40, the Debtor shall make a monthly escrow payment of $291.67 which includes the forced

*Case No.: 1:20-bk-10060-RAM*

placed insurance of $3,500.00 annually spread over 12 months. Said monthly escrow payment is subject to change periodically. Payments pursuant to this Stipulation and the Plan shall begin February 1, 2021.

b. The Debtor shall be responsible for paying the taxes on the property directly to the taxing agency and must remain current on all post-petition taxes.

c. Secured Creditor is entitled to repayment of post-petition escrow advances totaling $6,979.70 which includes property taxes advancement and forced placed insurance from January 3, 2020 to January 21, 2020. The Debtor shall pay these post-petition escrow advances in equal monthly installments of $116.33/mo for 60 months.

d. Secured Creditor has relief from the automatic stay as to the Subject Property upon confirmation of Debtor's Chapter 11 Plan.

e. In the event of a default on payments to Secured Creditor under the terms of this stipulation <u>prior</u> to the entry of the confirmation order, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have thirty (30) calendar days from the date of the written notification to cure the default. If Debtor fails to cure the default, Secured Creditor may lodge a declaration of default and order terminating the automatic stay and include that the 14-day stay as provided in FRBP 4001(a)(3) is waived. Upon entry of the order the automatic stay shall be terminated and extinguished for purposes of allowing Secured Creditor to notice, proceed with, and hold a trustee's sale of the Subject Property, pursuant to applicable state law and without further Court Order or proceeding being necessary, including any action necessary to obtain complete possession of the Subject Property, including unlawful detainer.

    f.  In the event of a default on payments to Secured Creditor under the terms of this stipulation <u>after</u> the entry of the confirmation order, Secured Creditor may proceed pursuant to the terms of the underlying Note and Deed of Trust, and state and federal law, to obtain complete possession of the Subject Property, including unlawful detainer, without further Court order or proceeding being necessary. Any and all default provisions included in Debtor's Chapter 11 Plan are not applicable to Secured Creditor with regard to the Subject Property and Secured Creditor is only bound by the terms included in this stipulation.

    2.  The above modified terms shall be included in any confirmation order entered in this case.

**WHEREFORE**, the Parties request that this Court include said stipulated terms in any Confirmation Order entered in this case.

**Dated this 2nd day of February, 2021.**

Respectfully submitted,

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.
**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
1031 North Miami Beach Blvd
North Miami Beach, FL 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578
Florida Bar No. 107698
mfisher@ghidottiberger.com

By: /s/ Elias Leonard Dsouza
Elias Leonard Dsouza Esq.
**DCS LAW GROUP**
*Attorneys for Debtor*
8751 W. Broward Blvd # 301
Plantation, FL 33324
Telephone: (954) 358-5911
Florida Bar No. 399477
dtdlaw@aol.com

*Case No.: 1:20-bk-10060-RAM*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon

*Debtor*
Rosa Maria Villaman
2750 NW 169 Terr
Miami Gardens, FL 33056

*Debtors' Co-Counsel*
K Gabriel Gonzalez, Esq.
9000 Sheridan St # 95
Hollywood, FL 33024

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

**\*\* All interested parties on the attached Service List.**

*Debtor's Co-Counsel*
Elias Leonard Dsouza, Esq.
8751 W. Broward Blvd # 301
Plantation, FL 33324

*Trustee*
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

*U.S. Trustee's Counsel*
Steven D. Schneiderman, Esq.
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

By: /s/ Melbalynn Fisher
 Melbalynn Fisher, Esq.

*Case No.: 1:20-bk-10060-RAM*

## SERVICE LIST

**Get Financed LLC**
10590 N.W. 27th Street, Suite E104
Doral, FL 33172-2109

**Lavette D. Bell**
**c./o Sarah A. Cox**
600 Queensgrove Cres
Virginia Beach, VA 23452-3820

**US Bank Trust, N.A.**
**c/o Robertson, Anschutz & Schneid**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

**Capital One**
P.O. Box 30285
Salt Lake City, UT 84130-0285

**Credit Control Corporation**
P.O. Box 120568
Newport News, VA 23612-0568

**Credit One Bank**
P.O. Box 98872
Las Vegas, NV 89193

**Enchanged Recovery Corp**
8014 Bayberry Road
Jacksonville, FL 32256-7412

**Verizon Wireless**
500 Technology Drive #550
Weldon Spring, MO 63304