

ORDERED in the Southern District of Florida on April 19, 2021.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 20-10060-BKC-RAM |
| ROSA MARIA VILLAMAN, | Chapter 11 |
| Debtor. | |
| _____/ | |

**AMENDED ORDER GRANTING DEBTOR'S MOTION TO TEMPORARILY CLOSE BANKRUPTCY CASE PRIOR TO ENTRY OF ORDER OF DISCHARGE [DE # 157]**
**[Vacates Order DE # 160, and adds standard language provided by U.S. Trustee's office]**

THIS CAUSE came on before the Court on April 8, 2021, at 11:30 a.m., upon the Debtor's Motion to Temporarily Close Bankruptcy Case Prior to Entry of Order of Discharge (the "Motion"), and the Court, having heard arguments of counsel, noting that the Debtor has filed all required Post-Confirmation Quarterly Operating Reports and being otherwise duly advised in the premises, **ORDERS** as follows:

1. The Motion is GRANTED.

2. This bankruptcy case shall be closed upon entry of this Order, without prejudice to the Debtor filing a motion to reopen this bankruptcy case (upon the satisfaction of all

payments required under the Debtor's Third Amended Plan of Reorganization (the "Plan") to Class 5 creditors) and seeking the entry of an Order of Discharge at that time.

3. During the time that this bankruptcy case is closed, all creditors shall be enjoined from commencing, continuing or employing any action, process or act to collect, recover or offset any debts, or enforce any liens against the Debtor on account of any debt that existed as of the bankruptcy petition date, that being January 3, 2020, as long as the Debtor continues to be in compliance with the Plan and the Court's Order Confirming the Third Amended Plan of Reorganization of Rosa Maria Villaman and Setting Bar Date for Lease and Executory Contract Rejection Claims (the "Confirmation Order"), and as long as the Debtor timely makes all of the payments to Class 5 creditors, as contemplated under the Plan.

4. If and when the Debtor chooses to file a motion to reopen this bankruptcy case, any Clerk of Court fees associated with the filing of the motion to reopen shall be waived. The motion to reopen shall be served upon all creditors and parties in interest and shall demonstrate that the Debtor has made all of the payments contemplated under the Plan to Class 5 creditors.

5. Upon the re-opening of this bankruptcy proceeding, the Debtor shall promptly file a Final Report of Estate and Motion for Final Decree Closing Case on the Court-approved local form in effect at that time, which shall certify that all payments required under the Plan to Class 5 creditors have been made. The Court may then grant the Debtor a discharge, pursuant to 11 U.S.C. § 1141(d)(5).

6. The Court retains jurisdiction to enforce any and all terms of the Confirmation Order and this Order.

**###**

**Submitted by:**

Elias Leonard Dsouza, Esq.
Florida Bar No. 399477
8751 W. Broward Blvd.
Suite 301
Plantation, Florida 33324
Telephone (954) 358-5911
Facsimile (954) 357-2267
www.DsouzaLegal.com
Elias@DsouzaLegal.com

**All parties and creditors listed on the court matrix.**

**Attorney Dsouza is directed to serve copies of this order on all parties above and to file a certificate of service.**